# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 700 |
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 401 AND 1008 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of December, 2019, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 48 Pa.B. 4959 (August 18, 2018):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 401 and 1008 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.